**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JEFFREY BARBER, ADMINISTRATOR OF THE ESTATE OF LINDA LEE JENKINS A/K/A LINDA LEE BARBER, DECEASED | : : : | No. 251 WAL 2021 |
| | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : : | |
| BRUCE STANKO, NORTH HILLS PHARMACY SERVICES, LLC, PAPERCHECK, INC., ET AL. | : : : : : | |
| PETITION OF: SEMPRA FINANCE, LLC | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.